AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\_\_\_\_\_\*\*\*\*\*\_\_\_\_\_ DISTRICT OF  NEVADA

LAMONT WILLIAMS,

     Plaintiff,

V.

WILLIAM ADAMS, et al.,

     Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: **3:09-CV-00427-LRH-RAM**

\_\_\_ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

\_\_\_ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

_X_ **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

     **IT IS ORDERED AND ADJUDGED** that the action is **DISMISSED without prejudice** for plaintiff's commencement of a **NEW** action in which he either pays the filing fee in full or submits a complete Application to Proceed *in Forma Pauperis*, accompanied by a signed financial certificate and a statement of his inmate account.

  August 12, 2009                        **LANCE S. WILSON**
                                                        Clerk

                                                         /s/ D. R. Morgan
                                                         Deputy Clerk